CASES DECIDED DURING THE PERIOD EMBRACED IN THIS

VOLUME, WHICH ARE ORDERED NOT TO BE ·

REPORTED IN FULL.

## Tindall *et al v.* The State.

APPEAL from the Circuit Court of Geneva.
Tried before the Hon. J. W. FOSTER.

W. O. MULKEY, for appellant.

WILLIAM C. FITTS, Attorney-General, for the State.

The appellants were indicted, tried and convicted for
trespass after warning.
Upon this appeal there were two questions presented.
The court holds that an indictment which avers that the
defendant "without legal cause or good excuse did enter
upon the premises of" certain named persons, after
having been warned, &c., sufficiently describes the prem-
ises alleged to have been trespassed upon.— *Watson v.
State,* 63 Ala. 19 ; *Owen v. State,* 74 Ala. 401. It is fur-
ther held, that the original papers in the unlawful de-
tainer suit in which the premises alleged to have been
trespassed upon were involved, together with a certified
transcript of the docket of the justice of the peace in
said cause then pending in the circuit court from an ap-
peal from a judgment rendered by the justice of the
peace, was not admissible in evidence. The judgment
of the justice of the peace was, by the appeal, super-

seded. The proceedings and judgment before the justice of the peace in the action of unlawful detainer was *res inter alios acta,* and foreign to the cause pending. *Tinney v. State,* 111 Ala. 74. The judgment of conviction is affirmed.

Opinion by BRICKELL, C. J.